**WIEGAND, Mayor, et v FERGUSON, et**

Ohio Supreme Court

No 22889. Decided June 3, 1931

For full opinion see 124 Oh St 73 (Oh Bar 7-28-31).